## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KORR VALUE, LP,** | Case No.  6:25-cv-1448 (AJB/TWD) |
| Plaintiff, | |
| ~ *versus* ~ | **ORIGINAL COMPLAINT** |
| | **(VIOLATIONS OF SECURITIES LAWS)** |
| **GREGG A. LOWE;** | |
| **NEILL P. REYNOLDS**; *and* | **WITH DEMAND FOR TRIAL BY JURY** |
| **JOHN DOES NOS. 1-10,** | **BY ALL ISSUES SO TRIABLE** |
| Defendants. | |

**COMES NOW** the Plaintiff **KORR VALUE, LP,** by Counsel and for its Original Complaint against the Defendants **GREGG A. LOWE**, **NEILL P. REYNOLDS**, *and* **JOHN DOES NOS. 1-10**, does respectfully allege based upon knowledge with respect to its own acts, public information with respect to statements set forth by Defendants and upon information and belief the following:

### I. NATURE OF THE ACTION

1.      The following summary is provided as an overview of the nature of this action and without prejudice to the whole constellation of facts alleged in support of the respective Causes of Action alleged below.

2.      Between January 10, 2023 to September 26, 2023, Plaintiff KORR VALUE, LP, purchased shares in Wolfspeed, on the basis of intentional material misrepresentations about Wolfspeed's business made by each Defendants.

3.      Defendants' misrepresentations in this case related to Wolfspeed's Mohawk Valley fabrication facility.  As is relevant for the claims here, the Defendants provided the public and Plaintiff revenue projections that relied on the Mohawk Valley fabrication facility ramping up

1

its production to meet and/or exceed demand for its 200mm wafer product, while maintaining production at other facilities in response to anticipated years of demand.

4.     However, the Company inflated the growth projections, including those for the Mohawk Valley fabrication facility, and misrepresented the strength of Wolfspeed's relationships in the relevant market.  The Company also failed to timely disclose that it would have to terminate a significant portion of its workforce and shutter the Durham fabrication facility.

5.     When it was an investor in Wolfspeed from January through September 2023, the Plaintiff monitored developments closely and reasonably relied on the factual and material statements made by Defendants about Wolfspeed, the Mohawak Valley fabrication facility and other aspects of the Company's business.

6.     Plaintiff would not have invested but for Defendants' material misstatements and material omissions.  Plaintiff reasonably relied on Defendants' misrepresentations respecting its ongoing decision to invest in, and remain invested in Wolfspeed.

7.     On October 19, 2023 and October 20, 2023, Plaintiff obtained and reviewed two articles.  These led the Plaintiff to understand that the statements made by Defendants had been false and that the Company could not possibly perform as well as Defendants claimed.

8.     Plaintiff then learned that Defendants had made unconditional positive statements to investors, including Plaintiff, while at the same time misrepresenting and/or concealing material adverse facts concerning the true state of Wolfspeed's growth potential, its facilities, and, in particular, the operational status and profitability of the Mohawk Valley fabrication facility.

9.     From October 20, 2023, through October 30, 2023, the Plaintiff sold down its position in Wolfspeed, incurring a significant loss.

10.     Defendants' public admissions a year later confirmed that Plaintiff's conclusion in October 2023 that Defendants had materially misrepresented the operations of the Company were accurate.

11.     On November 6, 2024, Wolfspeed announced its financial results for the first quarter of fiscal year 2025 and unveiled guidance for the second quarter well below expectations.  While Defendants had repeatedly claimed that 20% utilization of the Mohawk Valley fabrication facility would result in $100 million revenue out of the facility, Defendants now guided to a range 30% to 50% below that mark.  The Company attributed its results and lowered guidance to "demand … ramp[ing] more slowly than we originally anticipated" as "EV customers revise their launch time lines as the market works through this transition period."  Investors and analysts reacted immediately to Wolfspeed's revelation. The price of Wolfspeed's common stock declined dramatically.

12.     While Plaintiff had exited its position a year prior to Wolfspeed's admission and avoided this final diminishment, Plaintiff was victimized by Defendants' lies up to and until Plaintiff completed the sale of its holdings between October 20, 2023 and October 30, 2023. Plaintiff lost millions of dollars as a result.

## II.     JURISDICTION AND VENUE

13.     The claims asserted herein arise under and pursuant to §§10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. §240.10b-5), as well as common law fraud.

14.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§1331 and 1337, and Section 27 of the Exchange Act, 15 U.S.C. §78aa.

15.    Venue is proper in this District pursuant to § 27 of the Exchange Act and 28 U.S.C. § 1391(b), as a significant portion of Wolfspeed's business, actions, and the subsequent damages to Plaintiff, took place within this District.

16.    Without limitation to other bases for venue in this District, Wolfspeed has opened and operates a $1 billion, 200mm silicon carbide fabrication facility at the Marcy Nanocenter, located on the State University of New York Polytechnic Institute campus in Marcy in the County of Oneida here in this District.  Wolfspeed and this lawsuit referr to this facility as the Mohawk Valley fabrication facility.

17.    The misrepresentations at the heart of this case lean into issues of the Mohawk Valley fabrication facility's profitability and production, as well as the continued profitability and production of other facilities.

18.    In connection with the acts, conduct, omissions and other wrongs by the Defendants that give rise to the Causes of Action alleged in this Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the United States mail, interstate telephone communications and the facilities of the national securities exchange in their acts, conduct, omissions, and other wrongs.

### III.    THE PARTIES

19.    Plaintiff Korr Value, LP is a limited partnership organized and existing under Delaware law, whose principal place of business is at Sussex County in the State of Delaware.

20.    Where appropriate in this Original Complaint, Plaintiff Korr Value LP is referred to as the "Plaintiff".

21.    Between January 10, 2023, and September 26, 2023, Plaintiff purchased

Wolfspeed common stock at artificially inflated prices. They were seduced to do so by the fraud perpetrated by Defendants. Plaintiff remained unaware of the scheme until news stories published on October 19, 2023, and October 20, 2023, revealed the truth to Plaintiff, which immediately worked to mitigate its damages by selling down its position between October 20, 2023, and October 30, 2023.

22.    According to public filings, Non-party Wolfspeed, Inc. ("Wolfspeed") is a business corporation organized and existing under North Carolina law whose principal executive offices are located at 4600 Silicon Drive in the City and County of Durham, in the State of North Carolina.

23.    At all relevant time periods related to this lawsuit, Wolfspeed's common stock traded on the New York Stock Exchange (the "NYSE") under the ticker symbol "WOLF."

24.    At all relevant time periods related to this lawsuit, Defendant Gregg A. Lowe ("Lowe") was the President, Chief Executive Officer, and a Director of Wolfspeed.

25.    At all relevant time periods related to this lawsuit, Defendant Neill P. Reynolds ("Reynolds") was the Executive Vice President and Chief Financial Officer of Wolfspeed.

26.    Defendants John Does Nos. 1-10 are persons whose true identity are not known to the Plaintiff at this time, and who during the relevant time periods related to this lawsuit, made material misstatements or omissions to the Plaintiff upon which the Plaintiff justifiably relied on with respect to its decision to buy and hold shares in Wolfspeed.

27.    Because of their positions with the Company, the Defendants possessed the power and authority to control the contents of Wolfspeed's reports to the SEC, press releases, and presentations to securities analysts, money and portfolio managers, institutional investors, and

therefore the market more generally – including the Plaintiff. Each Defendant was provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions and access to material non-public information available to them, each of these Defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, including Plaintiff, and that the positive representations which were being made were then materially false and/or misleading. The Defendants are each individually liable for the false statements pleaded herein, as those statements were each "group-published" information, the result of the collective actions of the Individual Defendants.

28.    Defendants are also liable for their own false statements, which, as set forth below, were numerous.

## IV.    FACTUAL ALLEGATIONS

### (a.)    *Company Background of Wolfspeed*

29. Wolfspeed is a global semiconductor company focused on silicon carbide materials and the fabrication of devices for power applications.

30. Wolfspeed largely targets its products toward the electric vehicle and industrial and energy sectors through its fabrication facilities in Mohawk Valley, New York and Durham, North Carolina.

31. Plaintiff was induced to invest in Wolfspeed by Defendants' misrepresentations and omissions, as set forth below. Plaintiff relied on these material misrepresentations and omissions in deciding to invest, and would not have invested but for these material misrepresentations and omissions.

**(b.)    *The Defendants Materially Misled Plaintiff Concerning Wolfspeed's Revenue Outlook for the Mohawk Valley Facility and Its Business Overall***

**i.    <u>October 26, 2022</u>**

32.     On October 26, 2022, Defendants conducted an earnings call corresponding to their first quarter fiscal year 2023 results.  Plaintiff relied on Defendants' misrepresentations respecting its ongoing decision to invest in Wolfspeed.

33.     In relevant part, Defendant Lowe, as CEO, discussed the anticipated ramp up of the Company's Mohawk facility and the expectations for demand from the auto market as follows:

> "Thanks, Neill. We are very encouraged with the market trends and with our progress to capture a sizable share of the opportunities in our pipeline. One of the things underpinning our confidence is the breadth of our total design-in portfolio. The electric vehicle has been and will continue to be the driving force behind the broad adoption of silicon carbide. As industry supply scales and cost decline, this is also opening up the door for other applications in the industrial and energy sectors. Just to get a sense of our Q1 design-in profile, approximately 90% was tied to automotive, whereas the remaining 10% was for industrial and energy and RF applications.

> "The Q1 design-in total is a 9x increase for automotive year-over-year. And industrial and energy and RF increased more than 95% from a year ago. This quarter's design-ins include an interesting range of applications, including weather radar, wireless EV bus charging, a welding machine and a motor drive application.

> "To service this rapid growth in demand for silicon carbide, during the quarter, we announced our Siler City materials factory, which will be the world's largest silicon carbide factory when it opens up in 2024. The substates produced there will help drive down the cost of devices and expand silicon carbide adoption across even more markets.

> "Our new materials factory in combination with our plan to build out both the remainder of our Mohawk Valley factory and yet to be announced second fab will support this goal and should help us achieve significant scale. And speaking of Mohawk Valley, the fab continues to make great strides in its ramp.

"During the quarter, we successfully ran full flow lots in the fab. And not only have we been able to run these lots, but we are very encouraged by the yields we are seeing at such an early stage. We are still on track to deliver devices from Mohawk Valley in the second half of fiscal 2023 and plan to share an update on our progress at our Investor Day on Monday."

34.    In pertinent part, Defendant Reynolds, as CFO, discussed the anticipated full capacity of the Durham facility and the anticipated ramp of the Company's facility in Mohawk Valley, as follows:

"Our gross margin in the quarter was impacted by issues related to our wafer manufacturing process to accommodate longer bull sizes. Related to the Durham fabs, we believe we can continue to improve productivity and performance but we are reaching our capacity and capability limits and future significant step-ups in revenue and gross margin will come primarily from the Mohawk Valley fab.

"However, the Durham wafer fabs will likely remain fully utilized for the foreseeable future as customer demand remains strong. In addition, as it relates to RF, we were unable to transition from 100-millimeter to 150-millimeter wafer sizes due to the overwhelming demand for our products which has kept our factories full, leaving us essentially no factory downtime to make the transition.

"Given the strong demand for our products, we don't anticipate making this transition for at least several years. As such, RF device products currently represent an approximately 300 basis point drag to our overall company gross margins."

35.    During that call and in response to a question about the Mohawk facility and demand from the auto industry, the following exchange took place between Jed Dorsheimer and Neill Reynolds:

**Jed Dorsheimer**:

"Got it. That's helpful in what I thought. So I guess, just as my follow-up question, with respect to Mohawk Valley, I was wondering if you would update if you don't mind, where you're at. I think the milestone was sort of running customer silicon. And where are you at with Mohawk Valley to maybe help with confidence in terms of getting back to that or getting to the – that run rate that you talked about?"

**Neill Reynolds:**

"Yes. So Jed, we've had a number of full flow wafer lots go through the fab. All of the full flow wafer fab will last for month and been through the fab have yielded good electrical diode or good chips and we're very pleased with the yield numbers that we're seeing right now. That's all looking, I would say, as good as it can get, so to it's really looking pretty good. And in fact, we have so much confidence that we're actually running material right now that is meant to qualify the fab. That is well ahead of any schedule that you would might imagine. So we're really excited about that. Once from qualified that customers will need to qualify by the parts that typically that's something that most of our conductor company have kind of grab the customers and kind of pull along with you on that.

"I think with the supply-demand mismatch, we have a lot more customers that are volunteering to be sort of the first in the fab and they want to have their just qualified first, et cetera. So I would anticipate the customer qualification process to be different than normal. It would be probably a lot more of them jumping in and qualifying faster than normal. All that said is that we should be shipping revenue out of that fab by the end of this fiscal year."

36.    Thereafter, the following exchange took place regarding Reynolds projection that supply would chase demand for the remainder of the decade:

**Blake Friedman**

"Helpful. Thank you. And then just as a follow-up as well. I know you mentioned the rapidly growing demand in silicon carbide. But also, I know one of your competitors out there is also seeing about $1 billion in committed silicon carbide revenue in 2023. So just on the feasibility of the siliconcarbide market even next year having multiple $1 billion vendors. Just your thoughts on that would be helpful. Thanks."

**Gregg Lowe**

"I think the demand is clearly outstripping supply. And I think to the extent that we can bring on collectively, the industry can bring on more supply, it's going to help things. The silicon semiconductor industry is clearly looking like it's going to see a cyclical downturn here, silicon carbide has some secular trends that are just going to overpower that, I think, by far. And that's the transition to EVs, the transition to silicon carbide and clean energy, electric vehicles and so forth.

"So I think the demand for the industry is going to help supply through the end of this decade. And that's inclusive of us putting into action the world's largest silicon carbide factory with only 200-millimeter silicon carbide factory and installing a significant expansion in Siler City with that capacity coming on in 2024. So even with all of those multibillion-dollar investments, I think the supply is going to be chasing demand through the end of the decade."

37.     The following exchange also took place in which each of Defendants affirmed that demand was projected to keep both the Mohawk and Durham facilities busy for the foreseeable future:

**David O'Connor**

"Great. Good afternoon. Thanks for taking my question. Maybe in the same vein, Gregg, as the previous question or questions, does these kind of newer issues now that you're seeing on the – in the Durham fab, does that change your view of the Durham fab long term? Does it kind of any of the plans you may have for that fab longer term? Is there anything new there? That's my first question. And just to clarification for Neill, on the three points of gross margin headwind on RF [ph] side. As far as I understand, it doesn't change the FY 2024 target on the margin side, correct? It's still in line with what you indicated previously. Thank you."

**Gregg Lowe**

"Yes, I'll take the first part and Neill can hit on a second part. The team led by [indiscernible] and Rex Felton have done a really good job of stabilizing and then improving the Durham wafer fabs. What we have right now that we're dealing with is the spare part issue on older equipment inside of the fab itself. And I think as we've resolved that. The Durham fab is never going to be Mohawk Valley. Now these are completely different generations of fab and one's highly automated and brand new, and the other one is not automated at all and 20 or 30 years old. So, they're never going to be equivalent [indiscernible]. But we're that fab has made good improvements, still has more improvement to make, and we're just dealing with a little bit of this supply chain issue that Neill allude to."

**Neill Reynolds**

"Yes, then on the RF margin impact and if you look out into 2024 and I think, like we said earlier, we're just seeing a really a tremendous pull from the demand side and continue to see that over

the – over both the short term and the long term. And it's just not leaving us enough opportunity on downtime to go and bring that down and make that transition. So it will have an impact on a 2024 market trajectory. The 300 basis points I think is kind of the number that you want to think about there in terms of you think about 2024.

"But again, it's really a choice of serving customers or taking downtime to kind make a transition like that. And we're going to make a choice to serve our customers in that period. Now, if you go out and look out beyond 2024, I think that the blueprint we have for cost and capacity over that timeframe either with the very significant growth plan that we have looks very, very solid."

*ii.* *__October 31, 2022__*

38.     On or about October 31, 2022, the Defendants created and distributed an Investor Day Presentation, attached at Exhibit A.

39.     In relevant part, the presentation discussed the anticipated ramp of the Company's Mohawk facility, its use of the Durham facility, and expectations for demand from the auto market.  Such representations included aggressive projections for the "Opportunity Pipeline" at slide 15, and 49-57 and 62-65.

40.     These representations were later found to be material misrepresentations and to have contained material omissions.

41.     Plaintiff reasonably relied on Defendants' material misrepresentations in the Investor Day Presentation respecting its ongoing decision to invest in Wolfspeed.

*iii.* *__January 25, 2023__*

42.     On January 25, 2023, Defendants conducted an earnings call corresponding to their second quarter fiscal year 2023 results.  Plaintiff relied on Defendants' misrepresentations respecting its ongoing decision to invest in Wolfspeed.

43.     In relevant part, CEO Gregg Lowe discussed the anticipated ramp of the

Company's Mohawk facility, its use of the Durham facility, and expectations for demand from the auto market as follows:

> "We believe that silicon carbide is on the cusp of mass adoption and that our long-termoutlook remains on track. First, electric vehicles were the bright spot in the auto marketin 2022, despite many headlines that auto sales have slowed. Global EV sales grewmore than 65% year-over-year and represented 10% of all vehicles sold in the calendar year.

> "We have seen this overwhelming demand play out at Wolfspeed, as our recent partnerships with industry leaders such as Jaguar Land Rover and Mercedes-Benz point to the strength in the demand for EVs and our ability to take share in this space. Weremain confident in the industry's strong long-term fundamentals and believe Wolfspeed is best positioned to capitalize on the rapidly growing demand.

> \*\*\*

> "As far as our infrastructure goes, our focus on ramping Mohawk Valley will allow us to better scale our power device production, while our 200-millimeter materials capacity also scales. The learnings from Mohawk Valley have given us a blueprint on how we will approach the construction and ramp of our next fab. We should have an update for you on those plans very soon.

> "The immense demand for both merchant and captive materials gives us further confidence in our decision to expand the Durham materials footprint and build The JP, dramatically expanding our materials capacity. This factory will be a game changer forour business and will allow us to increase supply at unprecedented levels compared to what is currently in the marketplace."

44.    In relevant part, Defendant Reynolds, as CFO, discussed the anticipated ramp of the Company's Mohawk facility, its use of the Durham facility, and the expectations for demand from the auto market as follows:

> "From a power device supply perspective, we now believe that we have achieved full capacity in our Durham wafer fab and virtually all future topline growth for power devices will come directly from the Mohawk Valley fab."

45.    In response to questions, Defendant Reynolds elaborated as follows:

"So as you start to think about revenue timing going forward, with Durham now, I would say, essentially capped in what we had here, we see the RF numbers kind of staying lower. We are going to get a little bit of benefit off of the better yields and shipping rates in materials.

"So what we will see here is it's really going to be a function of when and how we ramp Mohawk Valley. So essentially our revenue and even our margins for that matter will really be a function of the timing of Mohawk Valley.

"So it will be somewhat limited in the amount of revenue we can drive in the back half of this year outside of RF until we start bringing on more supply from Mohawk Valley and that timing is -- I think all roads are going to lead Mohawk Valley in that sense.

***

"In reality, with the size of what we are talking about here, as Durham is capped, the capability of Mohawk Valley is just going to be tremendous.

"I think it's something like 15% Mohawk Valley utilization already could double our power device revenue capabilities, kind of a digital thing here. Mohawk Valley turns on. I think we will start seeing the revenue growth pick up very quickly and if it doesn't, then we will kind of stay in this kind of maybe flattish to modestly up until we start to see that revenue get turned on.

"But when it does, we are going to see the first $1 million of revenue for a facility that can be north of $2 billion a year. So it's got tremendous capability. It's got -- I think, like I said earlier, all roads are leading to -- we got to get Mohawk Valley off the ground and we are just on the cusp of doing that."

### iv.    *April 26, 2023*

46.    On April 26, 2023, Defendants conducted an earnings call corresponding to their third quarter fiscal year 2023 results. Plaintiff relied on Defendants' misrepresentations respecting its ongoing decision to invest in Wolfspeed. In pertinent part, CEO Lowe discussed the ramp of the Company's facility in Mohawk Valley as follows, in particular response to a question touching on Mohawk and customer demand:

13

"So, one of the key things we're obviously doing is staying very, very close to all of our customers. In fact, we just had 60, I think, industrial customers at the Mohawk Valley last quarter, I believe, taking a look at where we're at in terms of that perspective. And what I would say is, of course, they want more now. But when they look out at the landscape of what's coming down the pipe in terms of capacity, all the eyes keep coming back to the world's largest 200-millimeter silicon carbide fab that is turning on as we speak. We shipped initial product out of its last quarter. We'll do a couple of million dollars this quarter. We're going to get to 20% utilization out of that fab in the end of fiscal '24, which will have pretty significant output.

"So, if we didn't have anything as close to turning on as Mohawk Valley, I think it would be a much bigger issue. But quite frankly, I think when they look around the world and scout for alternatives, I don't think they see anything quite like what we're doing in Mohawk Valley. So, the customers are sticking with us. And the best testament of that is we just delivered $1.7 billion worth of design-ins in the quarter and over the year -- over the first two, three quarters of this year, $700 million of that has transitioned to -- actually $1.7 billion has transitioned to a design win.

47.    In pertinent part, Defendant Reynolds, as CFO, discussed the ramp of the Company's facility in Mohawk Valley as follows, in particular in response to questions that touched on customer demand:

**Jed Dorsheimer**

"Got it. That's helpful. And then on my second question, it begs the -- I know that when you looked at Mohawk Valley, you made a strategic decision to kind of go to eight versus six for all the benefits that you cited in terms of moving to eight. But there were certain customers targeted for Mohawk Valley, and now I know you're talking about moving those to Durham. Could you maybe elaborate on what that means in terms of customer qualification time lines and what this means for that business? Or any of those -- do those customers now think differently in terms of -- obviously, it's a different capacity or are you able to port that over? I would doubt that you can qualify in Durham and then that becomes qualified in Mohawk Valley. Thanks."

**Gregg Lowe**

"Jed, what I would say is there is a very leaning forward/aggressive type approach from our customers in terms of trying to hurry up the

14

qualification of product out of the Mohawk Valley. They see it very, very clearly. The substantial amount of increased capacity out of Mohawk Valley is very much worth leaning forward in terms of taking material from Mohawk Valley. We have customers that have signed up for risk starts in Mohawk Valley ahead of qualification and so forth."

"And I think typically, when a -- you're right, when you go through a wafer fab transition. There's typically a sort of dragging the customer along, if you will, as you bring them to the new facility. That is not the case here because the demand for the product is so substantially high that they're really -- look, everyone is kind of lining up and raising their hand to try to get into Mohawk Valley fast here. So, no change on that at all, Jed."

***

**Blake Friedman**

"This is Blake on for Vivek. Thank you for taking my question. Just wanted to drill down more into the fiscal '24 guidance because I believe in the past, you guys have given a rough breakout between device and material sales in your long-term target and with the new FY '24 target. Curious if you can break that out again between devices and materials."

**Neill Reynolds**

"Yes. So, I think what we said is -- power devices are supplied today out of the Durham fab, and that's going to run about [indiscernible] a quarter. That's what it's been capped at that. We saw the RF numbers kind of come down. They've been more or less in line with those expectations, and we'll see the materials business be somewhat muted as we focus on the 200-millimeter wafer. So, you can kind of look at this kind of starting point here.

"We guided last quarter at $220 million, you add a couple of millions from Mohawk Valley, $222 million in Q4, and all growth after that will come from Mohawk Valley. So, we can kind of get an idea of what the trajectory is and really, it's power device growth from here out through the end of '24 is what's represented in those numbers."

***

**Pierre Ferragu**

"Thanks, for taking my question. So, it's going to be the last question. And I'm sorry, I'm going to ask again about like the delay and things like that. But what I wanted to do is really to make sure I understand it at a high level. What I'm understanding is that roughly

15

at the end of this fiscal year, so in a year from now, in June 2024, you'll be about 20% behind schedule compared to what your previous guidance was meaning. And it's just because it's taking you may be about 20% longer to get started in ramping materials production. And I think in the numerous questions we heard about that, you qualified that as being like maybe running three or six months behind plan.

"So, I just wanted to make sure at a high level, that's the way we should understand it. Everything is going fine. The yields are fine. Things are just like walking through all what you have to do to run this production capacity is just running three to six months behind schedule. Is that the right way to think about it?"

**Neill Reynolds**

"Yes. Thanks for the question. Yes, I think that's the right way. The goal is to get the utilization of the fab to 20% by the end of 2024, and that's what's baked into the model. And I kind of consider that kind of a risk-adjusted plan because it's got a lot of different moving pieces right now, and we'll have to work through any bumpiness. But I think that accounts for that as we look at that. And as it relates to the three to six months behind, or whatever you want to call it, I think that's true. I think initially, we had planned kind of in the back half of fiscal year 2023, we would ramp the fab, and we're all we kind out in the June quarter with roughly $2 million of revenue. So, it's probably a little bit -- probably further than that.

"Another piece of it is a slope of the ramp, right? We're going to be more methodical in terms of how we bring it up. So, I think it's really about -- so if you think about the overall financial impact, that's why it becomes more dramatic than that and maybe pushes out a bit further. But again, it's really this time frame because once you get to that 20% utilization point, and we bring up that level of capacity, we believe as you get out beyond '24, to '25 and '26, it can accelerate again because we'll just have more capability under our belt. It won't be in those early days of building this type of capacity after the first time."

*v.*    **_August 16, 2023_**

48.    On August 16, 2023, Defendants conducted an earnings call corresponding to their fourth quarter fiscal year 2023 results. Plaintiff relied on Defendants' misrepresentations respecting its ongoing decision to invest in Wolfspeed.  In pertinent part, CEO Lowe discussed the ramp of the Company's facility in Mohawk Valley as follows:

16

"Our Mohawk Valley Fab, which is the world's largest fully automated 200- millimeter silicon carbide fab began shipping product and contributing revenue. Last October, we outlined our plans to construct the world's largest state-of-the-art greenfield silicon carbide footprint. Since then, we've secured $5 billion of the capital necessary to achieve these goals, allowing us to finish out the fit out of Mohawk Valley, expand our materials capacity at Durham, and break ground on the world's largest 200-millimeter silicon carbide materials facility, the JP and Siler City, North Carolina.

\* \* \*

"As it relates to Mohawk Valley and our device business, we have continued our ramp-up efforts and recorded approximately $1 million in device revenue out of the fab in fiscal Q4. Silicon carbide is a complex technology that's very difficult to master, and I'm proud of how our team has worked tirelessly to get this ramping device production in a brand-new, highly automated fab. We still have some work to do at Mohawk Valley as we scale device production and expect a modest increase in device revenues in the first half of fiscal 2024 with a steeper increase in revenue beginning in the second half of 2024.

\* \* \*

"From a device perspective, we are seeing continued strength across our end markets, and we secured approximately $1.6 billion in design-ins for fiscal Q4. For fiscal 2023, design-ins totaled approximately $8.3 billion. And the cumulative total now stands in excess of $19 billion secured in the last 4 years. Our customer wins to date give us the confidence in the growth of our addressable market and our ability to capture meaningful share of the device market between now and the end of the decade. More than anything, we're proud of our role in building greater awareness for silicon carbide. At the same time, the world is realizing the importance of the global semiconductor industry."

49.    During the call, Defendant Reynolds, as CFO, provided more discrete details for the Mohawk Valley facilities' trajectory, adding, in pertinent part,

"As Gregg mentioned, we recognized $1 million in revenue from Mohawk Valley, while we are still aligned on previous expectations that we will reach 20% utilization out of Mohawk Valley by the end of fiscal 2024, it is important to note that it will be the second half of the calendar year 2024 before we see $100 million of quarterly revenue from the fab that the 20% utilization would represent. This accounts for the time between fab starts and shipments to our

17

customers.

* * *

"As we've said in the past, the main driver of future revenue growth for power devices will be the incremental revenue contribution from Mohawk Valley."

50.    A question-and-answer segment followed the Defendants prepared remarks, during which Defendants confidently reiterated the purported potential of Mohawk Valley, pertinent in response to the following inquiry:

**<Q: Harsh V. Kumar – Piper Sandler & Co. – MD & Senior Research Analyst>**
"Greg, I've got 1 for you. It's pretty clear that your future growth of the company lies with Mohawk Valley, so maybe you could talk about what you want to see happen in that fab to ramp that facility, you did $1 million. I think you were pretty clear in the call, you did $1 million last quarter, but you're talking about a $100 million achievement in the second half of 2024. Would that be towards the beginning of second half or towards the end of -- in other words, are we talking March? Or are we talking the June quarter for you to get to $100 million? And then more importantly, what do you need to see at the fab to get to that kind of a number?"

**<A: Gregg A. Lowe>**

"Yes. Thanks a lot, Harsh. A couple of things. So first off, in ramping that fab, we obviously have to ramp the materials flowing into that fab. I'll give you a brief update on that. The 200-millimeter crystal growth operation and Building 10 is well on its way in producing excellent quality material, which is translating into very nice -- excellent defect density wafers. Epi, a 200-millimeter is also excellent, and we are ramping that as we speak. And now we're obviously shipping products from the Mohawk Valley fab.

"We have 3 products that are currently fully qualified in 200-millimeter for at Mohawk Valley Fab and we have 8 additional products that now pass all reliability testing and are working through the final end of some qualification for that. So that's all in really great shape.

"Now as ***we ramp this up, obviously, the $1 million of revenue in fab is capable of*** $2 billion is kind of early innings of ramping. As we ramp the fab, we'll be dialing in the processes and dialing in the equipment, which will take our yields up to entitlement yield. And

as we ramp the fab, that will absolutely may happen. So what I would say is the fact that we're ramping a new 200-millimeter crystal. The fact that the crystal quality is excellent and the quality of defectivity on the wafer is excellent. Combine that with EPIs and really good shape from a process standpoint. And we've got a fab that has 3 qualified devices this early and 8 that have passed reliability gives me great confidence that we're going to be -- that it's fab is going to deliver in the entire supply chain that's going to deliver everything that we expected out of this. In terms of the ramp of the production and the expectation for the amount of revenue. Our expectation is that we'll be at 20% utilization by the June quarter. and I'll let Neil translate that into what you can expect out of revenue."

**<A: Neill P. Reynolds>**

"Yes. And just remember, Harsh, as you think about utilization, that's the time frame from the time you actually load the fab -- wafers into the fab from a utilization perspective until you freeze the wafers, put them to the back end and finally shipping to the customer. So somewhat of a delay you'd expect from the time to achieve utilization level. So as we get the 20% towards the end of the year, you wouldn't expect to see the revenue translation of that, as we get a 20% utilization, say, by the June quarter, we wouldn't expect a revenue translation of EPI, the equivalent of $100 million to be sometime after that sometime in the second half of calendar '24. So first half of calendar fiscal '25 as you think about that time frame. So the sort of timing of the revenue and of the Fab is we did about $1 million or so last quarter. We'll see a bit of a tick up here in Q1, a modest pickup, I think, again, in 2Q and then a steeper ramp as you get to the back half of the fiscal year into the March and June quarter, and then we should be on our way from there."

51.    The above statements were false, materially misleading, and or contained material omissions.

52.    The Defendants' statements created the false impression that they possessed reliable information regarding the Company's projected revenue outlook and anticipated growth, while also minimizing the risk from seasonality and macroeconomic fluctuations.

53.    In truth, Wolfspeed's optimistic claims of the potential and growth of the Mohawk facility and general demand for their 200mm wafers in the electronic vehicle market fell

short of reality; the Defendants had overstated the demand for its key product and placed undue reliance on purported design wins while the facility's growth had begun to taper before even recognizing the $100 million revenue per quarter allegedly achievable with only 20% utilization of the fab, let alone the promised $2 billion revenue purportedly achievable by the facility.

54.    Furthermore, Defendants misrepresented the reality that even as the Mohawk facility ramped up, their other facilities, in particular the Durham facility, would wind down.

55.    However, Plaintiff was induced to buy and hold from January 10, 2023 through October 19, 2023 on the strength of Defendants' misrepresentations and omissions. Plaintiff would not have invested in Wolfspeed at all had it not been for Defendants' misstatements, misrepresentations and omissions.

### *(c.)    Plaintiff's Investments*

56.    From January 10, 2023 through September 26, 2023, Plaintiff through two accounts engaged in the following trades:

*[Remainder of Page Intentionally Left Blank]*

## FIRST ACCOUNT

| WOLF | 2023-01-10, 14:47:54 | | 1,000 | 73.4840 | 74.2300 |
|------|----------------------|---|-------|---------|---------|

**Trades**

| WOLF | 2023-01-10, 14:48:48 | | 1,000 | 73.47782 | 74.2300 |
|------|----------------------|---|-------|----------|---------|
| WOLF | 2023-01-10, 14:50:34 | | 1,000 | 73.47706 | 74.2300 |
| WOLF | 2023-01-10, 14:59:25 | | 1,000 | 73.3120 | 74.2300 |
| WOLF | 2023-01-10, 16:06:14 | | 1,000 | 73.2220 | 74.2300 |
| WOLF | 2023-01-24, 12:39:45 | | 3,000 | 81.77986667 | 81.6100 |
| WOLF | 2023-01-24, 14:49:59 | | 3,000 | 80.41726 | 81.6100 |
| WOLF | 2023-01-26, 09:17:03 | | 500 | 78.4400 | 77.0900 |
| WOLF | 2023-01-26, 09:17:37 | | 300 | 78.4992 | 77.0900 |
| WOLF | 2023-01-30, 10:44:20 | | 1,700 | 75.93882363 | 73.7600 |
| WOLF | 2023-01-30, 11:46:25 | | 2,500 | 75.983192 | 73.7600 |
| WOLF | 2023-01-30, 11:48:21 | | 3,000 | 75.78866667 | 73.7600 |
| WOLF | 2023-02-02, 08:09:00 | | -1,000 | 86.8800 | 86.5400 |
| WOLF | 2023-02-02, 08:44:59 | | -1,000 | 86.9800 | 86.5400 |
| WOLF | 2023-02-02, 09:30:34 | | -2,000 | 86.9300 | 86.5400 |
| WOLF | 2023-02-03, 16:28:36 | | 400 | 81.6700 | 81.6800 |
| WOLF | 2023-02-03, 16:29:19 | | 4,600 | 81.63291739 | 81.6800 |
| WOLF | 2023-03-16, 14:09:31 | | -300 | 62.0800 | 63.1100 |
| WOLF | 2023-03-16, 14:17:07 | | -700 | 61.96917143 | 63.1100 |
| WOLF | 2023-03-16, 14:18:06 | | -1,500 | 62.01608 | 63.1100 |
| WOLF | 2023-03-16, 14:18:17 | | -1,500 | 61.97372 | 63.1100 |
| WOLF | 2023-03-16, 16:05:44 | | -1,500 | 62.81649333 | 63.1100 |
| WOLF | 2023-03-16, 16:18:58 | | -500 | 63.1400 | 63.1100 |
| WOLF | 2023-03-23, 12:02:53 | | -1,000 | 63.56018 | 62.9600 |
| WOLF | 2023-04-17, 13:36:54 | | 7,000 | 55.77440286 | 56.8600 |
| WOLF | 2023-04-18, 15:53:04 | | 1,649 | 57.6200 | 57.6800 |
| WOLF | 2023-04-18, 15:53:20 | | 4,351 | 57.56678235 | 57.6800 |
| WOLF | 2023-05-05, 09:49:46 | | 1,000 | 40.6900 | 40.9700 |
| WOLF | 2023-06-14, 13:54:52 | | 500 | 56.76146 | 56.4900 |
| WOLF | 2023-06-14, 13:55:03 | | 500 | 56.7800 | 56.4900 |

## Trades

| | | | | | |
|---|---|---|---|---|---|
| WOLF | 2023-06-14, 13:55:48 | | 500 | 56.81408 | 56.4900 |
| WOLF | 2023-06-14, 13:56:01 | | 500 | 56.86301 | 56.4900 |
| WOLF | 2023-06-28, 09:30:00 | | 1,000 | 54.6800 | 54.2300 |
| WOLF | 2023-06-28, 09:35:43 | | 1,000 | 54.5680 | 54.2300 |
| WOLF | 2023-06-28, 09:39:25 | | 864 | 54.31990741 | 54.2300 |
| WOLF | 2023-06-28, 09:41:35 | | 136 | 54.5300 | 54.2300 |
| WOLF | 2023-06-28, 14:59:56 | | 500 | 54.61406 | 54.2300 |
| WOLF | 2023-06-28, 15:02:47 | | 500 | 54.5700 | 54.2300 |
| WOLF | 2023-06-28, 15:49:22 | | 1,000 | 54.3200 | 54.2300 |
| WOLF | 2023-07-05, 09:30:29 | | -2,000 | 67.9400 | 62.9900 |
| WOLF | 2023-07-05, 09:30:52 | | -2,000 | 69.0000 | 62.9900 |
| WOLF | 2023-07-05, 11:11:57 | | -1,000 | 65.35648 | 62.9900 |
| WOLF | 2023-07-05, 11:12:13 | | -1,000 | 65.31102 | 62.9900 |
| WOLF | 2023-07-05, 11:12:59 | | -2,000 | 65.2620 | 62.9900 |
| WOLF | 2023-07-11, 11:57:07 | | 2,500 | 63.110684 | 64.6800 |
| WOLF | 2023-07-13, 14:37:29 | | 1,000 | 67.7203 | 67.2700 |
| WOLF | 2023-07-13, 14:37:44 | | 1,000 | 67.78071 | 67.2700 |
| WOLF | 2023-07-17, 13:54:13 | | -500 | 66.4729 | 66.7600 |
| WOLF | 2023-07-20, 15:44:53 | | 500 | 63.3080 | 63.4400 |
| WOLF | 2023-07-20, 15:45:07 | | 500 | 63.31648 | 63.4400 |
| WOLF | 2023-07-20, 15:45:33 | | 1,000 | 63.3695 | 63.4400 |
| WOLF | 2023-07-21, 11:52:44 | | 1,000 | 63.83967 | 63.1600 |
| WOLF | 2023-07-21, 11:52:53 | | 1,000 | 63.80837 | 63.1600 |
| WOLF | 2023-07-31, 09:46:33 | | 1,000 | 65.4854168 | 65.9000 |
| WOLF | 2023-08-01, 08:44:32 | | 1,000 | 64.99797 | 63.2500 |
| WOLF | 2023-08-01, 11:41:05 | | 500 | 64.8600 | 63.2500 |
| WOLF | 2023-08-01, 11:41:17 | | 500 | 64.88294 | 63.2500 |
| WOLF | 2023-08-01, 13:12:00 | | 1,000 | 63.9400 | 63.2500 |
| WOLF | 2023-08-01, 13:21:25 | | 1,500 | 63.83017333 | 63.2500 |

## Trades

| | | | | | |
|---|---|---|---|---|---|
| WOLF | 2023-08-01, 13:23:18 | | 1,500 | 63.82317333 | 63.2500 |
| WOLF | 2023-08-01, 13:25:42 | | 1,500 | 63.8660 | 63.2500 |
| WOLF | 2023-08-02, 09:51:26 | | 2,500 | 61.4744 | 60.5800 |
| WOLF | 2023-08-04, 11:43:43 | | 500 | 59.517364 | 59.6500 |
| WOLF | 2023-09-18, 11:05:32 | | 5,000 | 41.3584 | 40.7800 |
| WOLF | 2023-09-18, 11:16:55 | | 5,000 | 41.3270 | 40.7800 |
| WOLF | 2023-09-18, 14:39:24 | | 500 | 41.10378 | 40.7800 |
| WOLF | 2023-09-18, 14:39:37 | | 1,000 | 41.1088123 | 40.7800 |
| WOLF | 2023-09-18, 15:44:22 | | 3,000 | 40.7800 | 40.7800 |
| WOLF | 2023-09-26, 11:17:10 | | 5,000 | 39.604104 | 39.0400 |

### SECOND ACCOUNT

| | | | |
|------|------|------|------|
| WOLF | 2023-02-06, 11:31:32 | 500 | 81.2030 | 79.3400 |
| WOLF | 2023-04-17, 13:39:13 | 7,000 | 55.55742 | 56.8500 |
| WOLF | 2023-04-19, 11:41:31 | 7,500 | 56.4600 | 57.1500 |
| WOLF | 2023-04-19, 12:16:38 | 7,500 | 56.62262667 | 57.1500 |
| WOLF | 2023-05-03, 14:09:16 | 1,988 | 44.92853622 | 43.2600 |
| WOLF | 2023-05-03, 14:16:19 | 512 | 45.13390625 | 43.2600 |
| WOLF | 2023-05-03, 15:05:52 | 1,500 | 44.93733333 | 43.2600 |
| WOLF | 2023-05-04, 15:55:17 | 3,000 | 40.43602833 | 40.2500 |
| WOLF | 2023-05-04, 15:55:35 | 3,000 | 40.47349667 | 40.2500 |

**Trades**

| | | | |
|------|------|------|------|
| WOLF | 2023-05-04, 15:56:20 | 3,000 | 40.43517333 | 40.2500 |
| WOLF | 2023-05-04, 15:57:24 | 2,900 | 40.44253793 | 40.2500 |
| WOLF | 2023-05-08, 09:59:00 | 800 | 39.526875 | 41.3000 |
| WOLF | 2023-06-12, 14:35:01 | -200 | 55.1800 | 54.9300 |
| WOLF | 2023-07-05, 11:08:27 | -1,000 | 65.4635056 | 62.9900 |
| WOLF | 2023-07-05, 11:12:28 | -2,000 | 65.2882 | 62.9900 |
| WOLF | 2023-07-05, 11:25:53 | -1,000 | 66.01767 | 62.9900 |
| WOLF | 2023-07-05, 11:26:10 | -1,000 | 66.0000 | 62.9900 |
| WOLF | 2023-07-20, 15:47:49 | 1,000 | 63.27005 | 63.4400 |
| WOLF | 2023-07-20, 15:48:09 | 1,000 | 63.30823 | 63.4400 |
| WOLF | 2023-07-21, 11:49:56 | 1,000 | 63.8100 | 63.1600 |
| WOLF | 2023-07-21, 11:50:07 | 1,000 | 63.83008 | 63.1600 |
| WOLF | 2023-07-24, 10:03:04 | 1,000 | 62.78294 | 62.4300 |
| WOLF | 2023-07-31, 09:46:47 | 1,000 | 65.49903 | 65.9000 |
| WOLF | 2023-09-01, 15:06:48 | -500 | 45.9020 | 45.9300 |

57.     Plaintiff at all times in connection with its investment in Wolfspeed relied on Defendants' misrepresentations in making its decision to purchase stock.

58.     Even as the price of the stock fell from January 10, 2023 to September 26, 2023, Plaintiff believed that Defendants were speaking truthfully about the Wolfspeed business and that shifts in price were a temporary setback.

### (d.)    *Plaintiff Understands the Truth As A Result of Two News Articles Published On October 19, 2023 and October 20, 2023*

59.     As an experienced investor, Plaintiff monitored not only Defendants' statements and Wolfspeed's public filings, but also information published respecting the relevant market.

60.     On each of October 19, 2023 and October 2023, Plaintiff obtained, read, and understood the implications of two articles that undercut the misrepresentations set forth by Defendants about Wolfspeed.

61.     The first article, "EV Sales Are Slowing: What Does This Mean For The Auto Industry?", was published online by Forbes on October 19, 2023.  The article stated that U.S. EV sales growth had cooled to 50% year over year in Q3 2023 (down from 65% in Q2), with inventory days sales rising to 83 for models like the Ford Mach-E. (https://www.forbes.com/sites/sarwantsingh/2023/10/19/ev-sales-are-slowing-what-does-this-mean-for-the-auto-industry/)

62.     The second article, "Why Are EV Sales Slowing Down?" was published online by Electrek on October 20, 2023.  The article underscored that Tesla's price cuts were signaling demand weakness; that U.S. EV penetration had stalled at ~7.5% in September 2023, with the broader market facing "buyer's remorse" from early adopters. (https://electrek.co/2023/10/20/why-are-ev-sales-slowing-down/)

63.     As a result of these two articles, Plaintiff understood that Defendants statements and projections had been worse than overly optimistic – that they had been outright false – and that Plaintiff had invested in reliance on false premises.  The market for Wolfspeed's production simply did not exist as anticipated, and it had not existed for some time.  It was inevitable that Wolfspeed would suffer, both at its Mohawk and Durham facilities.

64.     As a result, Plaintiff sought to mitigate its damages.  Plaintiff sold off its position in Wolfspeed in its two accounts between October 20, 2023 and October 30, 2023 as follows:

## FIRST ACCOUNT

| | | | | |
|---|---|---|---|---|
| WOLF | 2023-10-20, 15:26:35 | -1,145 | 31.88041555 | 31.8800 |
| WOLF | 2023-10-20, 15:49:46 | -1,000 | 31.9000 | 31.8800 |
| WOLF | 2023-10-20, 15:56:41 | -2,855 | 31.89042767 | 31.8800 |
| WOLF | 2023-10-20, 15:57:19 | -1,500 | 31.8837 | 31.8800 |
| WOLF | 2023-10-23, 09:59:36 | -683 | 31.3400 | 31.1900 |
| WOLF | 2023-10-23, 10:16:40 | -317 | 31.2700 | 31.1900 |
| WOLF | 2023-10-23, 10:36:06 | -500 | 31.1394 | 31.1900 |
| WOLF | 2023-10-23, 10:36:14 | -500 | 31.1360 | 31.1900 |
| WOLF | 2023-10-23, 15:22:49 | -1,000 | 31.42075 | 31.1900 |
| WOLF | 2023-10-23, 15:23:28 | -1,500 | 31.3207708 | 31.1900 |
| WOLF | 2023-10-23, 15:23:53 | -1,000 | 31.3300 | 31.1900 |
| WOLF | 2023-10-25, 14:59:10 | -3,000 | 30.89266667 | 30.5800 |
| WOLF | 2023-10-26, 12:08:03 | -1,000 | 30.6100 | 30.6400 |
| WOLF | 2023-10-26, 12:12:11 | -265 | 30.63490566 | 30.6400 |
| WOLF | 2023-10-26, 12:37:25 | -1,736 | 30.52538905 | 30.6400 |
| WOLF | 2023-10-26, 12:43:42 | -2,000 | 30.586125 | 30.6400 |
| WOLF | 2023-10-26, 13:05:33 | -2,000 | 30.6740 | 30.6400 |
| WOLF | 2023-10-26, 13:07:32 | -2,000 | 30.7325 | 30.6400 |
| WOLF | 2023-10-26, 13:20:34 | -200 | 30.7100 | 30.6400 |
| **Trades** | | | | |
| WOLF | 2023-10-26, 13:22:46 | -1,800 | 30.68062222 | 30.6400 |
| WOLF | 2023-10-26, 13:45:12 | -2,000 | 30.81275 | 30.6400 |
| WOLF | 2023-10-26, 13:48:26 | -2,000 | 30.8791 | 30.6400 |
| WOLF | 2023-10-26, 13:58:58 | -2,000 | 30.83743 | 30.6400 |
| WOLF | 2023-10-26, 14:00:48 | -2,000 | 30.86307 | 30.6400 |
| WOLF | 2023-10-26, 14:08:24 | -2,000 | 30.91556 | 30.6400 |
| WOLF | 2023-10-26, 14:12:06 | -2,000 | 30.93475 | 30.6400 |
| WOLF | 2023-10-26, 14:14:08 | -2,000 | 30.9605 | 30.6400 |
| WOLF | 2023-10-26, 15:50:30 | -500 | 30.61088 | 30.6400 |
| WOLF | 2023-10-26, 15:51:04 | -500 | 30.6000 | 30.6400 |
| WOLF | 2023-10-26, 15:56:18 | -1,800 | 30.63986667 | 30.6400 |
| WOLF | 2023-10-26, 15:57:50 | -1,800 | 30.65222222 | 30.6400 |
| WOLF | 2023-10-27, 10:27:51 | -200 | 29.7500 | 28.7000 |
| WOLF | 2023-10-27, 11:16:23 | -1,600 | 29.614375 | 28.7000 |
| WOLF | 2023-10-27, 11:17:37 | -2,600 | 29.67384615 | 28.7000 |
| WOLF | 2023-10-27, 11:32:42 | -1,000 | 29.7930 | 28.7000 |
| WOLF | 2023-10-27, 11:55:25 | -2,500 | 29.802612 | 28.7000 |
| WOLF | 2023-10-27, 11:57:13 | -2,201 | 29.82726942 | 28.7000 |
| WOLF | 2023-10-27, 12:03:14 | -299 | 29.7700 | 28.7000 |
| WOLF | 2023-10-27, 12:23:28 | -200 | 29.7800 | 28.7000 |
| WOLF | 2023-10-27, 12:31:53 | -600 | 29.54166667 | 28.7000 |
| WOLF | 2023-10-27, 12:32:19 | -200 | 29.54125 | 28.7000 |
| WOLF | 2023-10-27, 12:35:25 | -500 | 29.63424 | 28.7000 |
| WOLF | 2023-10-27, 12:36:35 | -500 | 29.621055 | 28.7000 |
| WOLF | 2023-10-27, 12:50:01 | -1,000 | 29.4670 | 28.7000 |
| WOLF | 2023-10-27, 12:50:39 | -200 | 29.4700 | 28.7000 |
| WOLF | 2023-10-27, 12:51:13 | -800 | 29.447125 | 28.7000 |
| WOLF | 2023-10-27, 12:52:37 | -600 | 29.5112 | 28.7000 |
| WOLF | 2023-10-27, 12:58:43 | -1,500 | 29.5300 | 28.7000 |

**Trades**

| WOLF | 2023-10-27, 13:01:33 | -1,500 | 29.55066667 |
|---|---|---|---|
| WOLF | 2023-10-27, 13:07:37 | -412 | 29.4000 |
| WOLF | 2023-10-27, 13:09:09 | -288 | 29.3700 |
| WOLF | 2023-10-27, 13:11:15 | -400 | 29.4100 |
| WOLF | 2023-10-27, 13:13:20 | -400 | 29.3245 |
| WOLF | 2023-10-27, 13:13:33 | -500 | 29.3500 |
| WOLF | 2023-10-27, 13:18:16 | -1,000 | 29.3500 |
| WOLF | 2023-10-27, 13:23:24 | -1,000 | 29.3000 |
| WOLF | 2023-10-27, 13:23:36 | -1,000 | 29.28241 |
| WOLF | 2023-10-27, 13:27:00 | -500 | 29.29138 |
| WOLF | 2023-10-27, 13:27:10 | -500 | 29.3050 |
| WOLF | 2023-10-27, 13:27:24 | -500 | 29.2860 |
| WOLF | 2023-10-30, 10:02:59 | -6,000 | 27.6595 |

## SECOND ACCOUNT

| WOLF | 2023-10-20, 15:58:29 | -1,500 | 31.8300 | 31.8800 |
|---|---|---|---|---|
| WOLF | 2023-10-23, 15:19:37 | -1,000 | 31.52626 | 31.1900 |
| WOLF | 2023-10-26, 13:09:52 | -2,000 | 30.73069 | 30.6400 |
| WOLF | 2023-10-26, 13:12:43 | -2,000 | 30.744565 | 30.6400 |
| WOLF | 2023-10-26, 13:14:41 | -2,000 | 30.772125 | 30.6400 |
| WOLF | 2023-10-26, 14:29:59 | -2,000 | 30.9790 | 30.6400 |
| WOLF | 2023-10-26, 16:29:26 | -1,562 | 31.00561857 | 30.6400 |
| WOLF | 2023-10-26, 15:31:56 | -438 | 30.9400 | 30.6400 |
| WOLF | 2023-10-26, 15:39:02 | -200 | 30.6900 | 30.6400 |
| WOLF | 2023-10-26, 15:52:21 | -1,800 | 30.64392222 | 30.6400 |
| WOLF | 2023-10-27, 10:13:30 | -1,400 | 29.68786714 | 28.7000 |
| WOLF | 2023-10-27, 10:22:41 | -1,200 | 29.79583333 | 28.7000 |
| WOLF | 2023-10-27, 11:22:54 | -2,400 | 29.91625 | 28.7000 |
| WOLF | 2023-10-27, 11:25:26 | -1,000 | 30.1020 | 28.7000 |

**Trades**

| WOLF | 2023-10-27, 11:40:40 | -1,400 | 29.79928571 | 28.7000 |
|---|---|---|---|---|
| WOLF | 2023-10-27, 11:42:26 | -1,000 | 29.81725 | 28.7000 |
| WOLF | 2023-10-27, 12:09:36 | -2,015 | 29.90136476 | 28.7000 |
| WOLF | 2023-10-27, 12:20:15 | -1,585 | 29.80444795 | 28.7000 |
| WOLF | 2023-10-27, 13:16:47 | -1,000 | 29.3700 | 28.7000 |
| WOLF | 2023-10-27, 13:33:00 | -300 | 29.1300 | 28.7000 |
| WOLF | 2023-10-30, 10:11:28 | -1,700 | 27.51176471 | 27.7200 |
| WOLF | 2023-10-30, 10:12:44 | -2,000 | 27.62125 | 27.7200 |
| WOLF | 2023-10-30, 10:20:12 | -2,000 | 27.6521 | 27.7200 |
| WOLF | 2023-10-30, 11:20:01 | -2,000 | 28.0660 | 27.7200 |
| WOLF | 2023-10-30, 12:52:00 | -4,000 | 27.990965 | 27.7200 |

65.    Plaintiff retained no further ownership or interest in Wolfspeed after October 30, 2023.

### (e.)    Plaintiff's Understanding Is Confirmed A Year Later
### In Wolfspeed's First Quarter Fiscal Year 2025 Earnings Call

i.        <u>November 6, 2024</u>

66.    On November 6, 2024, after the market closed, Defendants released their

first quarter results for fiscal year 2025 and conducted a corresponding earnings call to discuss the

reported slowdown and reduced guidance. In pertinent part, CEO Lowe discussed the Company's

setbacks and detailed the steps they are taking to reduce costs going forward:

> "I'll now address how we're simplifying our business and focusing
> on our 200- millimeter device platform, lowering our cost structure
> and capital requirements to accelerate the path to profitability.
> Wolfspeed is the first silicon carbide company in the industry to
> transition its entire device business to 200-millimeter. This strategic
> move is driven by superior yields, improved IPOs and overall
> enhanced economics that we're seeing in our 200-millimeter
> platform. This will allow us to utilize our capacity more efficiently
> due to more automated manufacturing at our 200-millimeter
> Mohawk Valley fab versus our very manual 150-millimeter Durham
> fab. This will enable us to eliminate redundancies, significantly
> improving gross margins.

> "The transition to a fully 200-millimeter device platform also
> provides opportunities to streamline our organization and lower our
> operating expenses. Considering the slower growth of EVs adoption
> and the continued weakness in industrial and energy, the steps we
> are taking will rightsize the business and generate additional cash
> savings.

> These steps include: first, we have begun to execute our plan to close
> our 150- millimeter device fab on the Durham campus. This closure
> will be a phased process over the next 9 to 12 months, and we are
> currently working with customers to finalize the transition time
> frame.

> "Second, we are optimizing our capacity footprint by closing our
> epitaxy facility in Farmers Branch, Texas and indefinitely
> suspending our construction plans for the next device fab in
> Saarland, Germany. We expect to ramp down final production in
> Farmers Branch by the end of this calendar year.

> "Regarding Saarland, we have spoken with government officials
> and Zeta and they understand that we would need to see a clear
> acceleration of our customer demand and additional capacity

requirements before we would reconsider construction at the site. While we are indefinitely suspending our activities in Saarland at this time, should we determine to build a fab in the future, the in-store site remains our preferred site in Europe.

"Third, we have implemented a workforce reduction in our administrative and other business functions. This reduction, along with the factory closures, will impact approximately 20% of our total employee base. This reduction will better align our business with current market conditions and customer demand. These facility and head count restructuring initiatives are targeted to generate annual cash savings of approximately $200 million, significantly improving our projected cash flow from operations over time. These actions will foster a stronger, more agile company, ready to seize the opportunities ahead. Many of these reductions have already occurred, and we expect to complete the majority of the actions by the end of the year.

"And lastly, we are further reducing our fiscal 2025 CapEx guidance range by an additional $100 million to a new range of $1.1 billion to $1.3 billion, excluding federal incentives. This reduction will align the pace of our CapEx spend with the broader shift in EV and I&E market demand that we are currently observing.

* * *

"As we stated in the past, we are in the very early stage of the most significant and disruptive transition in the auto industry. While this creates a potential for significant growth and opportunity in the long term, it will also result in a dynamic environment in the near term. As with any disruptive technology, we are seeing EV customers revise their launch time lines as the market works through this transition period. This push out in anticipated EV demand does not reflect diminished confidence in the long-term demand for the adoption of EVs.

* * *

"Although demand is expected to ramp more slowly than we originally anticipated, we are continuing to win our share in the EVs marketplace.

* * *

"For the industrial and energy sectors, we are seeing continued softness, primarily due to broader macroeconomic pressures, including higher interest rates and the rising cost of capital, which have delayed investment cycles and contributed to a slower recovery for this sector. These conditions also resulted in shorter lead times and limited visibility throughout the broader supply chain. While the

industrial and energy end markets have remained challenged with orders remaining weak, we are seeing an increase in end customer demand as inventory levels in the market are starting to decline. As such, we expect the market will begin to recover in the first half of calendar 2025, and as we see broader market conditions further stabilize and move forward to a recovery, we'll be prepared to support the increased demand.

"Now let's take a minute to cover the great progress we've made in building out our 200-millimeter footprint. For the first time, the revenue from our 200-millimeter fab at Mohawk Valley exceeded the revenue from our legacy Durham fab in Q1. While this revenue was lower than originally anticipated due to market demand and customer pushouts, we continue to see great performance out of the fab with yield and cycle times ahead of plan, and anticipate future improvements as we ramp the fab."

67.    During that call, Defendant Reynolds, as CFO, further elaborated on the financial details of alleged decline in demand and the plan to cut costs to match such reduced demand, stating, in pertinent part, the following:

"Given the higher yields and efficiency of our 200-millimeter production in both substrate and fast stages, in conjunction with a weaker short-term market outlook, we will lower our capital expenditures in fiscal year 2025 to $1.1 billion to $1.3 billion. This is a reduction of $100 million versus our prior guidance. This will allow us to largely complete our facility build-out at the JP and Mohawk Valley while being more prudent with tool expenditures in order to match supply output with market demand. However, with the facilities largely complete, we will be poised to respond with tool installations to expand capacity and serve our customers when demand reaccelerates.

"Now that we have made the decision to move our power device business fully to 200-millimeter, this will allow us to restructure our company to significantly simplify our operating model, lower our non-GAAP EBITDA breakeven point and exit assets we will no longer require for production. As Gregg discussed, we have a variety of operational and headcount restructuring initiatives that are already underway to reduce our overall cost basis and streamline operations. These actions upon completion are targeted to generate annual cash savings of approximately $200 million. This restructuring will be cash neutral in fiscal year 2025 and start generating a large portion of the $200 million of annual cash savings during fiscal year 2026.

As part of this program, we expect to recognize total restructuring charges of approximately $400 million to $450 million over the next several quarters, including $87 million in charges recorded in Q1.

\* \* \*

"To expand a bit on the restructuring initiatives that Gregg mentioned. First, as a result of our successful transition to 200-millimeter, we are in the process of closing our Durham 150-millimeter device fab. This decision underscores our confidence in 200-millimeter technology and a superior yield, better die costs and overall improved economics. It will be a phased closure, which we expect to complete by the second half of calendar 2025. We expect revenue contribution from the Durham fab to continue for the next 4 quarters with the expectation of a gradual phasing out and transfer of revenue to Mohawk Valley over time

\* \* \*

"Finally, we are implementing a reduction to our overall nonfactory workforce. And this, along with the factory closures, will impact approximately 20% of our total employee base. The majority of these workforce reductions will be completed by the end of this calendar year. We expect to see lower operating expenses and immediate savings in the current quarter and beyond.

\* \* \*

"Now moving on to our quarterly results. We generated $195 million of revenue for the quarter, slightly below the midpoint of our guidance and down 3% sequentially. We recognized power revenue of $97 million, down quarter-over-quarter, driven largely by lower demand in the industrial and energy sectors. Revenue contribution from Mohawk Valley was $49 million, up more than 20% quarter-over-quarter but at the lower end of our range due to lower customer demand within the quarter. We also note that this is the first quarter that Mohawk Valley contributed more power device revenue than the Durham fab and with higher yields and consistent operating execution remains poised to deliver higher levels of revenue in future periods.

\* \* \*

"Finally, turning to our Q2 2025 guidance. We target Q2 2025 revenue to be between $160 million to $200 million, reflecting the current macro environment and our demand visibility related to EVs. We continue to have ongoing customer demand discussions that we expect to provide more clarity for calendar 2025 as we complete the quarter. The rights revenue at Mohawk Valley is targeted to be between $50 million to $70 million for Q2."

68.    A question-and-answer segment followed the Defendants' prepared remarks, during which Defendants discussed the potential lost revenue caused by shuttering the Durham facility and their ability to meet CHIPS act milestones insofar as they relate to the Mohawk Valley facilities' growth ramp. In pertinent part, Defendants responded to the following inquiries, touting their "solid" plan:

**<Q: Joseph Lima Cardoso – JPMorgan Chase & Co. – Analyst>**

"This is Joe Cardoso on for Samik. I was wondering if you could provide a bit more color on how you guys are envisioning the magnitude and timing relative to the revenue ramp down of the Durham device fab and the impact to your top line through the next year. And as you talk to customers around transitioning the capacity that you're currently running out of Durham to Mohawk, what's your sense on the appetite to transition this capacity versus perhaps customers potentially being more reluctant to do so? Basically, just curious if there's any concerns around not being able to capture all of that as you try to transition it from Durham to Mohawk."

**<A: Gregg A. Lowe>**

"Yes, thanks. So I'll kick it off and then maybe Neill can give a little bit more color. Obviously, anytime you transition from one fab to another, the customers have an input into that, we're engaged with them. I think the thing that's very different in this particular, situation is that we're moving from a very manual optimized fab to a new, highly automated fab that we believe is going to produce as well, is producing better results and -- out of the tab in North Carolina and also have a higher quality since there will be less manual interventions in that fab."

"We're already engaged with customers on that. We've got a pretty solid plan. I think we're transitioning the vast majority of the revenue up to the factory. There will be some parts that don't transfer, but the vast enough amount of revenue is planning to transfer to Mohawk Valley. I would note that all of our powertrain customers that we're shipping to, to today currently have already been qualified and the best that is shipping already out of Mohawk Valley. So that transition was well underway.

**<A: Neill P. Reynolds>**

Yes. And just from a revenue perspective coming out of Durham, right now, we are starting to ramp down our automotive products at Durham. That's already well underway. I think from an industrial

energy perspective, as Gregg mentioned, we qualified in both auto and nonauto parts, a very significant amount already at Mohawk Valley. So we'll just transition those parts up there.

So as we move into the second half of the year, the fiscal year, we really just think about it from a market perspective, we'll lower revenue, particularly in the Durham fab in this quarter. We'll burn off some inventory. We'll see how that rebound in the second half of the year just driving more towards Mohawk Valley. So we'll see Mohawk Valley revenue continue to increase and Durham kind of come down over the following quarters. At least that's kind of our forecast for today.

What we can tell is some customers may make some end-of-life or later purchases in the fab. We don't have that baked in yet, but we'll wait to see how those kind of play out. ***Our expectation is we're going to see a lot more revenue at Mohawk Valley coming forward as Durham starts to come down during the next 9 to 12 months.***

\* \* \*

**<Q: George Gianarikas – Canaccord Genuity Corp – Analyst>**

On the recent call, you did around the CHIPS Act, you had mentioned some operational milestones that you had to meet in order to qualify for subsequent tranches. Can you just give us a little bit of color on what those milestones are and your confidence in achieving them given the situation that your fundamentals occur?

**<A: Gregg A. Lowe>**

Yes. The near term -- the first tranche, and Neill will go through a little bit of detail in terms of what that first tranche means. We've got pretty good -- ***I would say we've got very solid line of sight to hitting the milestones that are going in for the first milestone that we need to hit.***

**<A: Neill P. Reynolds>**

Yes. So I think from an operational perspective, we're in good shape. And as it relates to that first tranche, in addition to the -- as I mentioned earlier on equity convertibles, essentially, what you're talking about is 20% to 25% of that first tranche coming in that would also include the next tranche of the debt financing for another $250 million. So I think between the capital raise and the refinancing, the direct disbursements related to the debt financing will drive a significant amount of capital in [indiscernible]. ***So I think on all fronts, I think we've got a very solid plan here.***

69.     The aforementioned press releases and statements made by the Defendants were in direct contrast to statements they made during the earnings calls and investor presentations between October 2022 and August 2023

70.     On those earlier calls, Defendants repeatedly touted their significant demand backlog in the electronic vehicle industry, their design ins and design wins, and, significantly, their ability to execute on such demand to ramp the Mohawk Valley facility to both reach $100 million in quarterly revenue by the end of the 2024 calendar year and its eventual purported $2 billion revenue capacity.  They simultaneously claimed an ability to maintain cost discipline to sustain their other facilities and plans for future development, and continually minimizing risks associated with seasonality and the potential impact of the macro environment on the Company's future profitability.

71.     Investors and analysts reacted immediately to Wolfspeed's revelation.  The price of Wolfspeed's common stock immediately and dramatically declined.

72.     From a closing market price of $13.71 per share on November 6, 2024, Wolfspeed's stock price fell to $8.33 per share on November 7, 2024, a decline of about 39.24% in the span of just a single day.  For Plaintiff's purposes, the revelation a year later confirmed that Plaintiff was correct to conclude in its reading of the October 19, 2023 and October 20, 2023 articles that Defendants' previous statements had been lies.

### (f)     Loss Causation and Economic Loss

73.     As detailed above, Defendants made materially false and misleading statements and engaged in a scheme to deceive the market, including Plaintiff.

74.     Defendants engaged in a course of conduct that artificially inflated the price

of Wolfspeed's common stock and operated as a fraud or deceit on Plaintiff, a purchaser of Wolfspeed's common stock.

75.    Plaintiff read and reasonably relied on Defendants' materially false and misleading statements in deciding to invest in Wolfspeed, and was damaged as a result.

76.    Plaintiff submits that the downward drift in stock price between its initial purchase on January 10, 2023, and its decision to divest on October 20, 2023, was due to the slow leakage into the market of the truth about Wolfspeed, which only became apparent to Plaintiff themself between October 19, 2023 and October 20, 2023.

77.    Regardless, Plaintiff would not have invested at all had Defendants not lied, materially misstated, and otherwise omitted information respecting Wolfspeed between October, 2022 and August, 2023.  Defendants essentially admitted the falsity of their prior projections a year later, on November 6, 2024.

78.    Plaintiff tracked Wolfspeed carefully and tracked Defendants' statements carefully throughout the period that Plaintiff was invested in Wolfspeed.  Plaintiff relied on Defendants to make truthful statements about Wolfspeed, and was damaged by Defendants' materials misstatements and omissions, notwithstanding that Plaintiff was able to mitigate damages after the October 19, 2023 and October 20, 2023 reveals.

### (g.)    *No Safe Harbor; Inapplicability of Bespeaks Caution Doctrine*

79.    The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the material misrepresentations and omissions alleged in this Complaint. As alleged above, Defendants' liability stems from the fact that they provided Plaintiff and other investors with revenue projections while at the same time failing to

maintain adequate forecasting processes. Defendants provided Plaintiff and the public with forecasts that failed to account for this decline in sales and/or adequately disclose the fact that the Company at the current time did not have adequate forecasting processes.

80.    To the extent certain of the statements alleged to be misleading or inaccurate may be characterized as forward looking, they were not identified as "forward-looking statements" when made and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements.

81.    Defendants are also liable for any false or misleading "forward-looking statements" pleaded because, at the time each "forward-looking statement" was made, the speaker knew the "forward-looking statement" was false or misleading and the "forward-looking statement" was authorized and/or approved by an executive officer of Wolfspeed who knew that the "forward- looking statement" was false.

82.    Alternatively, none of the historic or present-tense statements made by Defendants were assumptions underlying or relating to any plan, projection, or statement of future economic performance, as they were not stated to be such assumptions underlying or relating to any projection or statement of future economic performance when made, nor were any of the projections or forecasts made by the defendants expressly related to or stated to be dependent on those historic or present-tense statements when made.

**FIRST CAUSE OF ACTION**
**Plaintiff against All Defendants for Violations of**
**Section 10(b) and Rule 10b-5 Promulgated Thereunder**

83.    Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

84.    This Cause of Action is asserted against defendants and is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

85.    From at least January 10, 2023 through October 30, 2023 (and in fact earlier and later than those dates), Defendants engaged in a plan, scheme, conspiracy and course of conduct, pursuant to which they knowingly or recklessly engaged in acts, transactions, practices and courses of business which operated as a fraud and deceit upon Plaintiff.  Defendants made various untrue statements of material facts and omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; and employed devices, schemes and artifices to defraud in connection with the purchase and sale of securities.  This scheme was intended to, and, throughout the relevant time period did:

(i)    deceive Plaintiff and the investing public, as alleged herein;

(ii)    artificially inflate and maintain the market price of Wolfspeed common stock; *and*

(iii)    cause Plaintiff to purchase, acquire and hold Wolfspeed's securities at artificially inflated prices.

86.    In furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each of them, took the actions set forth in this Complaint.

87. Pursuant to the above plan, scheme, conspiracy and course of conduct, each of the defendants participated directly or indirectly in the preparation and/or issuance of the quarterly and annual reports, SEC filings, press releases and other statements and documents described above, including statements made to securities analysts and the media that were designed to influence the market for Wolfspeed's securities. Such reports, filings, releases and statements were materially false and misleading in that they failed to disclose material adverse information and misrepresented the truth about the Company to Plaintiff and the market.

88. By virtue of their positions at the Company, Defendants had actual knowledge of the materially false and misleading statements and material omissions alleged herein and intended thereby to deceive Plaintiff and the public, or, in the alternative, Defendants acted with reckless disregard for the truth in that they failed or refused to ascertain and disclose such facts as would reveal the materially false and misleading nature of the statements made, although such facts were readily available to Defendants. Said acts and omissions of defendants were committed willfully or with reckless disregard for the truth. In addition, each defendant knew or recklessly disregarded that material facts were being misrepresented or omitted as described above.

89. Information showing that Defendants acted knowingly or with reckless disregard for the truth is peculiarly within defendants' knowledge and control. As the senior managers and/or directors of the Company, the Defendants had knowledge of the details of Wolfspeed's internal affairs. The Defendants are liable both directly and indirectly for the wrongs complained of herein. Because of their positions of control and authority, the Defendants were able to and did, directly or indirectly, control the content of the statements of the Company. As officers and/or directors of a publicly-held company, the Defendants had a duty to disseminate timely, accurate, and truthful information with respect to Wolfspeed's businesses, operations,

future financial condition and future prospects. As a result of the dissemination of the aforementioned false and misleading reports, releases and public statements, the market price of Wolfspeed's common stock was artificially inflated throughout the period in which Plaintiff acquired it, though it gradually diminished in value through 2023 as information about the deception gradually leaked into the market. In ignorance of the adverse facts concerning the Company which were concealed by Defendants, Plaintiff acquired Wolfspeed's common stock at artificially inflated prices and relied upon the price of the common stock, the integrity of the market for the common stock and/or upon statements disseminated by Defendants, and was damaged thereby.

90.     Wolfspeed's common stock was traded on an active and efficient market. Plaintiff, relying on the materially false and misleading statements described herein, which the defendants made, issued or caused to be disseminated, or relying upon the integrity of the market, purchased or otherwise acquired shares of Wolfspeed's common stock at prices artificially inflated by defendants' wrongful conduct. Had Plaintiff known the truth, it would not have purchased or otherwise acquired said common stock, or would not have purchased or otherwise acquired them at the inflated prices that were paid. At the time of the purchases and/or acquisitions by Plaintiff, the true value of Wolfspeed's common stock was substantially lower than the prices paid by Plaintiff. The market price of Wolfspeed's commonstock declined sharply as information about Defendants' lie leaked into the market, culminating almost a year later in a sharp drop upon public disclosure of the facts alleged herein.

91.     By reason of the conduct alleged herein, Defendants knowingly or recklessly, directly or indirectly, have violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

92.     As a direct and proximate result of defendants' wrongful conduct, Plaintiff suffered damages in connection with their respective purchases, acquisitions and sales of the Company's common stock during the relevant period, as information leaked into the market, culminating in Plaintiff's realization that Defendants had been lying, as revealed to him in the October 19, 2023 and October 20, 2023 articles.

### SECOND CAUSE OF ACTION
**Plaintiff against All Defendants for Violations of
Section 20(a) of the Exchange Act**

93.     Plaintiff repeats and realleges each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

94.     During the relevant time period in 2023, the Defendants participated in the operation and management of the Company, and conducted and participated, directly and indirectly, in the conduct of the Company's business affairs. Because of their senior positions, they knew the adverse non-public information about Wolfspeed's misstatements.

95.     As officers and/or directors of a publicly owned company, the Defendants had a duty to disseminate accurate and truthful information, and to correct promptly any public statements issued by Wolfspeed which had become materially false or misleading.  fBecause of their positions of control and authority as senior officers, the Defendants were able to, and did, control the contents of the various reports, press releases and public filings which Wolfspeed disseminated in the marketplace during the relevant period concerning the misrepresentations. Throughout the relevant period, the Defendants exercised their power and authority to cause Wolfspeed to engage in the wrongful acts complained of herein. The Defendants, therefore, were "controlling persons" of the Company within the meaning of Section 20(a) of the Exchange Act.

In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of Wolfspeed's common stock.

96.    Each of the Defendants, therefore, acted as a controlling person of the Company. By reason of their senior management positions and/or being directors of the Company, each of the Defendants had the power to direct the actions of, and exercised the same to cause Wolfspeed to engage in the unlawful acts and conduct complained of herein. Each of the Defendants exercised control over the general operations of the Company and possessed the power to control the specific activities which comprise the primary violations about which Plaintiff complains.

97.    By reason of the above conduct, the Defendants are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by the Company.

### THIRD CAUSE OF ACTION
### Plaintiff against All Defendants for
### Common Law Fraud

98.    Plaintiff repeats and realleges each and every allegation set forth in the foregoing paragraphs as if fully set forth herein.

99.    Defendants misrepresented and omitted material information about Wolfspeed in an effort to cause Plaintiff and others to invest in the entity between January 1, 2023 and October 30, 2023.

100.    Defendants knew that they were misrepresenting and omitting material information about Wolfspeed

101.    Defendants made such material misrepresentations and omissions with the intent of causing investors, including Plaintiff, to invest in Wolfspeed.

102.    Plaintiff read and relied on the material misstatements and omissions made by Defendants in connection with Plaintiff's decision to invest in Wolfspeed between January 10, 2023 and September 26, 2023.

103.    Plaintiff's reliance on senior management of Wolfspeed to speak truthfully and completely about Wolfspeed was justified.  Plaintiff would not have invested in Wolfspeed but for Defendants' material misstatements and omissions.

104.    As a result of such material misrepresentations and omissions, Plaintiff invested in Wolfspeed between January 10, 2023 and September 26, 2023.  When at last on October 19 and 20, 2023, Plaintiff understood the truth about Wolfspeed, it was too late, and Plaintiff mitigated damages by selling at a loss.  Defendants are responsible for Plaintiff's loss.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff demands judgment against all Defendants as follows:

A.    Requiring Defendants to pay damages sustained by Plaintiff by reason of the acts and transactions alleged herein;

B.    Awarding Plaintiff pre-judgment and post- judgment interest, as well as its reasonable attorneys' fees, expert fees and other costs; *and*

C.    Awarding such other and further relief as this Court may deem just and proper.

## **DEMAND FOR TRIAL BY JURY**

**PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY FOR ALL TRIABLE ISSUES.**

Dated: October 16, 2025

RESPECTFULLY SUBMITTED,

By:

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
bg@gottesmanlegal.com