UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**KORR VALUE, L.P.**,

                Plaintiff,

~ *versus* ~

**GREGG A. LOEWE**;
**NEILL P. REYNOLDS**; *and*
**JOHN DOES NOS. 1-10,**

                Defendants.

Case No. **6:25-cv-01448**

**MEMORANDUM OF LAW**

### I.      Introduction

On November 21, 2025, the Honorable Court issued an Order stating in relevant part that "the plaintiff in 6:25-CV-1448, shall submit a memorandum of law and declaration(s) stating its position why the related action should not be transferred to the Middle District of North Carolina. *Korr Value, LLP's* submission shall not include any arguments already advanced by Lead Plaintiffs in related case 6:25-cv-1395."

Plaintiff Korr Value, LLP agrees with the arguments set forth by Lead Plaintiffs in the class action, and adopts those arguments as its own. We will not duplicate those arguments here. Rather, the Plaintiff Korr Value, LP will briefly submit these additional reasons, beyond those advanced by Plaintiffs in the class action, why this action should not be transferred to the Middle District of North Carolina:

### II.      Plaintiff's Choice of Forum Should not be Disturbed

Plaintiff Korr Value, LP is not the representative of any class. Korr Value, LP is

1

litigating its own interests.  They chose the U.S. District Court for the Northern District of New York as its preferred forum for this action.  For this reason, Plaintiff's choice of forum should not be disturbed.

### III.    Convenience of the Witnesses Favors the Current Forum

In addition to the arguments recited by class action plaintiffs, Korr Value, LP's principal, Kenneth Orr, lives and works in New York state.  Accordingly, the convenience of this key witness to the Korr Value v. Loewe action would be best served in this Forum rather than the Middle District of North Carolina.

### IV.    Convenience of the Parties Favors the Current Forum

Last, in addition to the arguments recited by class action plaintiffs, Korr Value, LP's convenience is better served by the present forum, insofar as its counsel, Baruch Gottesman, works in the state of New York.

RESPECTFULLY SUBMITTED,

By:

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
bg@gottesmanlegal.com
*Attorney for Plaintiff, Korr Value, LP*

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated above, the foregoing filing was served through the Court's ECF Filing System to all Counsel of Record.

/s/ Baruch S. Gottesman