UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KORR VALUE, L.P.**, <br><br>                    Plaintiff, <br><br> ~ *versus* ~ <br><br> **GREGG A. LOEWE**; <br> **NEILL P. REYNOLDS**; *and* <br> **JOHN DOES NOS. 1-10,** <br><br>                    Defendants. | Case No. **6:25-cv-01448** |

**AFFIDAVIT IN OPPOSITION TO MOTION TO TRANSFER**

I, the Undersigned **KENNETH ORR**, having been duly sworn, being duly sworn, hereby declare and state as follows:

1. I am over the age of 18 and competent to testify to the matters set forth in this Affidavit.

2. I am the CEO of KORR Acquisitions, Inc., which is the General Partner of the Plaintiff KORR Value, LP and is individually a limited partner of the Plaintiff KORR Value LP.

3. I make this Affidavit based on my personal knowledge, information made known to me in the course of my duties, and documents and records maintained in the ordinary course of business, unless otherwise stated.

4. This Affidavit is respectfully submitted in opposition to the Motion by the Defendants to transfer this case to another District. For the reasons argued in the accompanying Memorandum of Law and as explained below, the convenience of the parties and witnesses calls

for this case to remain here in the Northern District of New York.

5. As this case moves forward, I will be a key witness to the claims and defenses at issue in this claim. I live and work in the State of New York.

6. Further, our Counsel lives and works in the State of New York and is admitted to the Courts of this District. They are not admitted in the proposed jurisdiction to which the Defendants seek to transfer this case, which will require the retention of expensive out-of-state Counsel with whom we have had no prior relationship.

7. For these reasons, the Plaintiff respectfully submits that this case should not be transferred out of this District.

I, Kenneth Orr, declare pursuant to 28 U.S.C. § 1746 and under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 1st day of December.

*DocuSigned by:*
*kenneth Orr*
86B1D945674B453...
12/1/2025

Kenneth Orr